IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>ERICK MOLINA,<br><br>                          Defendant. | 8:23CR201<br><br><br>**ORDER** |

This matter is before the Court on the government's Unopposed Motion to Continue Trial (Filing No. 73). Counsel for defendant, Erick Molina Reyes has indicated that his client intends to take a plea, but counsel needs additional time to travel to Cass County Corrections to review the plea and discovery with defendant. Counsel for defendant Erick Molina Reyes has been contacted by the Court and has no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 73) is granted as follows:

1. The jury trial, now set for February 3, 2025, is continued to **March 17, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 17, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 31st day of January 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge