IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO HUMBERTO CONTRERAS-MEDRANOS and ERICK MOLINA REYES,<br><br>Defendants. | 8:23CR201<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

   This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 96). The Court has carefully reviewed the record in this case and finds as follows:

   1. On March 7, 2025, defendant Mario Humberto Contreras-Medranos ("Contreras-Medranos") pleaded guilty to Count I of the Superseding Indictment (Filing No. 48) and admitted the Forfeiture Allegation. Count I charged Contreras-Medranos with conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; in violation of 21 United States Code section 846.

   2. On March 13, 2025, defendant Erick Molina Reyes ("Reyes") pleaded guilty to Count I of the Superseding Indictment (Filing No. 48) and admitted the Forfeiture Allegation. Count I charged Reyes with conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; in violation of 21 United States Code section 846.

   3. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $14,000 in United States currency and $45,100 in United States currency, as "property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

4. Based on Contreras-Medranos and Reyes's guilty pleas and admissions, Contreras-Medranos and Reyes forfeit their interest in the $14,000 in United States currency and the $45,100 in United States currency. The government is entitled to possession of any interest Contreras-Medranos and Reyes have in the property pursuant to 21 U.S.C. § 853.

5. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 96) is granted.

2. Based upon the Forfeiture Allegation of the Superseding Indictment (Filing No. 48) and Contreras-Medranos and Reyes's guilty pleas and admissions, the government is hereby authorized to seize the $14,000 in United States currency and the $45,100 in United States currency.

3. Contreras-Medranos and Reyes's interest in the $14,000 in United States currency and the $45,100 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $14,000 in United States currency and the $45,100 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Contreras-Medranos and Reyes, having or claiming a legal interest

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $14,000 in United States currency and the $45,100 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $14,000 in United States currency and the $45,100 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 14th day of March 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge