IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO HUMBERTO CONTRERAS-MEDRANOS and ERICK MOLINA REYES,<br><br>　　　　　Defendants. | 8:23CR201<br><br>**FINAL ORDER<br>OF FORFEITURE** |

　　　　This matter is before the Court on the government's Amended Motion for Final Order of Forfeiture (Filing No. 115).   The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On March 14, 2025, the Court entered a Preliminary Order of Forfeiture (Filing Nos. 97 and 97-1) forfeiting defendant Mario Humberto Contreras-Medranos and Erick Molina Reyes's interests in the $14,000 in United States currency and in the $46,100 in United States currency.

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 15, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication (Filing No. 112) was filed herein on May 21, 2025.

　　　　3.　　The government advises the Court that no Petitions have been filed.   A review of the record supports that assertion.

　　　　4.　　The government's Amended Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Amended Motion for Final Order of Forfeiture (Filing No. 115) is granted.

2. All right, title and interest in and to the $14,000 in United States currency and the $46,100 in United States currency seized from defendants Mario Humberto Contreras-Medranos and Erick Molina Reyes on or about September 21, 2023, held by any person or entity are forever barred and foreclosed.

3. The $14,000 in United States currency and the $46,100 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 27th day of June 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge